ORIGINAL SEALED

FILED

MAR 12 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | **SEALED** |
| **v.** | **Case No.** 25 CR 46 JFH |
| **JAMES ERIC DIGGS,** | |
| *Defendant.* | |

## **I N D I C T M E N T**

The Federal Grand Jury charges:

### **COUNT ONE**

### **FELON IN POSSESSION OF FIREARM AND AMMUNITION**
### **[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]**

On or about February 5, 2025, in the Eastern District of Oklahoma, the defendant, **JAMES ERIC DIGGS,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting interstate commerce, the following firearm and ammunition, to wit:

- one (1) Hi-Point Firearms, Model C9, 9mm Luger, semi-automatic pistol, bearing serial number P10059379; and

- seventeen (17) rounds of ammunition, ten (10) of which are Hornady 9mm ammunition, three (3) of which are Federal 9mm ammunition, two (2) of which are Sellier and Bellot 9mm ammunition, one (1) of which is Winchester 9mm ammunition, and one (1) of which is PolyCase (Ruger) 9mm ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

### POSSESSION OF FIREARM AND AMMUNITION
### BY UNLAWFUL USER OF A CONTROLLED SUBSTANCE
### [18 U.S.C. §§ 922(g)(3) & 924(a)(8)]

On or about February 5, 2025, in the Eastern District of Oklahoma, the defendant, **JAMES ERIC DIGGS,** knowing that he was an unlawful user of and addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting interstate commerce, the following firearm and ammunition, to wit:

- one (1) Hi-Point Firearms, Model C9, 9mm Luger, semi-automatic pistol, bearing serial number P10059379; and

- seventeen (17) rounds of ammunition, ten (10) of which are Hornady 9mm ammunition, three (3) of which are Federal 9mm ammunition, two (2) of which are Sellier and Bellot 9mm ammunition, one (1) of which is Winchester 9mm ammunition, and one (1) of which is PolyCase (Ruger) 9mm ammunition,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8), the defendant, **JAMES ERIC DIGGS,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Hi-Point Firearms, Model C9, 9mm Luger, semi-automatic pistol, bearing serial number P10059379; and

- approximately seventeen (17) rounds of ammunition, ten (10) of which are Hornady 9mm ammunition, three (3) of which are Federal 9mm ammunition, two (2) of which are Sellier and Bellot 9mm ammunition, one (1) of which is Winchester 9mm ammunition, and one (1) of which is PolyCase (Ruger) 9mm ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

KEVIN GROSS, VA Bar # 72990
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY